# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

DAMEYON ANTOINE NEWTON                                               PETITIONER

v.                          NO. 2:12CV00023 HDY

T.C. OUTLAW, Warden, FCI                                             RESPONDENT
Forrest City, Arkansas

## ORDER

Petitioner Dameyon Antoine Newton ("Newton") has filed two pleadings that the Clerk of the Court has construed as a motion for reconsideration and accompanying brief. See Documents 21 and 22.[1] In the pleadings, Newton alleges that he has still not been evaluated for RRC placement, this despite the fact that his projected release date is allegedly less than twelve months away. The representations in his pleadings may not change the result in this case, but the Court would nevertheless benefit by a response from respondent T.C. Outlaw. He is given up to, and including, July 16, 2012, to file a response to Newton's motion for reconsideration and accompanying brief.

---

[1] One of the pleadings is captioned "reply brief." See Document 21. It is entirely possible that the pleading is the one the Court invited him to file by April 30, 2012, a deadline later extended up to, and including, May 29, 2012. He obtained the extension of time because his institution was allegedly on "lockdown." See Document 16.

IT IS SO ORDERED this \_\_\_5\_\_\_ day of July, 2012.

_____
UNITED STATES MAGISTRATE JUDGE